```
            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

KEVIN THOMAS                                              PLAINTIFF

VS.                           CIVIL ACTION NO. 5:07cv160-DCB-MTP

CONSTANCE REESE, ET AL.                                  DEFENDANTS

FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of the Magistrate Judge that defendants' Motion for Summary Judgment [**docket entry 29**] be granted. The Court having adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of those portions of the Report and Recommendation to which the plaintiff objected; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that defendants Motion for Summary Judgment [**docket entry 29**] is **GRANTED**; the claims against all defendants are dismissed **WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 5th day of September 2008.

                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE